**LEWIS BRISBOIS BISGAARD & SMITH** LLP
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
MATTHEW P. HARRISON, SB# 222073
  E-Mail: Matthew.Harrison@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
  E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
ELIOT A. BENNION, SB# 293362
  E-Mail: Eliot.Bennion@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, DEPUTY SHERIFF FRANCESCO ANCONA & DEPUTY SHERIFF ERICSON DOMINICK, and SGT. LARRY LOPEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOEL M. MAYA, individually, and as a proposed class representative,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, DEPUTY SHERIFF FRANCESCO ANCONA & DEPUTY SHERIFF ERICSON DOMINICK, SGT. LARRY LOPEZ, DOES 1 through 20,<br><br>Defendants. | CASE NO. 5:19-cv-01871-JGB-KK<br><br>**STIPULATION FOR DISMISSAL**<br><br>**[Filed concurrently with [Proposed] Order]**<br><br>[Assigned for All Purposes to: The Hon. Jesus G. Bernal]<br><br>Action Filed:  September 30, 2019<br>PTC Date:      August 28, 2023<br>Trial Date:    September 12, 2023 |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, JOEL M. MAYA ("Plaintiff"), and COUNTY OF SAN BERNARDINO, DEPUTY SHERIFF FRANCESCO ANCONA, DEPUTY SHERIFF ERICSON DOMINICK, and SGT. LARRY LOPEZ ("Defendants"), by and through their respective attorneys of record,

135676243.1

have reached a settlement in this matter and hereby stipulate and respectfully request the Court order the dismissal of the entire above entitled action, with prejudice. Each party will bear their own costs and fees.

DATED: February 2, 2024

DANA ALDEN FOX
MATTHEW P. HARRISON
DAWN M. FLORES-OSTER
ELIOT A. BENNION
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/Matthew P. Harrison*
MATTHEW P. HARRISON
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, DEPUTY SHERIFF FRANCESCO ANCONA & DEPUTY SHERIFF ERICSON DOMINICK, and SGT. LARRY LOPEZ

DATED: February 2, 2024

ROBERT D. CONAWAY, ESQ.
LAW OFFICE OF ROBERT D. CONAWAY

By: */s/Robert D. Conaway*
ROBERT D. CONAWAY
Attorneys for Plaintiff JOEL M. MAYA,

# FEDERAL COURT PROOF OF SERVICE

Joel M. Maya, et al. vs. County of San Bernardino, et al.
USDC/Central District Case No: 5:19-cv-01871-JGB-KK

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 2, 2024, I served the following document(s): STIPULATION FOR DISMISSAL [Filed concurrently with [Proposed] Order]

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Robert D. Conaway, Esq.<br>Law Office of Robert D. Conaway<br>Post Office Box 2655<br>Apple Valley, CA 92307-0050<br>Tel: 760-503-9010<br>rdconaway@gmail.com<br>*Attorneys for Plaintiff Joel M. Maya, individually, and as a proposed class representative* | ERIC C. MORRIS, Esq.<br>Southern California Lawyers Group<br>5861 Pine Avenue, Suite A1<br>Chino Hills, CA 91709<br>Tel: (909) 466-4400<br>Fax: (909) 839-5004<br>emorris@lawsclg.com<br>*Attorney for Plaintiff Joel M. Maya, individually, and as as a proposed class representative* |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 2, 2024, at Los Angeles, California.

                    /s/ Liz Arellano-Irving
                    Liz Arellano-Irving

135676243.1

1
STIPULATION FOR DISMISSAL