UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOEL M. MAYA, individually, and as a proposed class representative,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, DEPUTY SHERIFF FRANCESCO ANCONA & DEPUTY SHERIFF ERICSON DOMINICK, SGT. LARRY LOPEZ, DOES 1 through 20,<br><br>Defendants. | CASE NO. 5:19-cv-01871-JGB-KK<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>Action Filed: September 30, 2019<br>PTC Date: August 28, 2023<br>Trial Date: September 12, 2023 |

**ORDER**

Having reviewed the parties' joint stipulation for dismissal, with prejudice, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above entitled action against all Defendants is dismissed, with prejudice, in its entirety. Each party will bear their own costs and fees.

DATED: February 8, 2024        By: _____
                               Honorable Jesus G. Bernal
                               UNITED STATES DISTRICT JUDGE

135677087.1